IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**HENRY LEE HERMAN**                                                    **PETITIONER**

**V.**                                          **NO. 4:19-CV-107-DMB-RP**

**COMMISSIONER OF SOCIAL
SECURITY**                                                   **DEFENDANT**

**ORDER**

On August 7, 2019, United States Magistrate Judge Roy Percy issued a Report and Recommendation recommending that Henry Lee Herman's motion to proceed in forma pauperis be denied and that Herman be directed to pay the standard civil filing fee of $400.00 within fourteen days. Doc. #5. No objections to the report were filed.

Under 28 U.S.C § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[W]here there is no objection, the Court need only determine whether the report and recommendation is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

In the absence of objections, the Court has reviewed the Report and Recommendations and has found no clear error. Accordingly, the Report and Recommendation [5] is **ADOPTED** as the order of the Court. The motion to proceed in forma pauperis [2] is **DENIED**. Herman is **DIRECTED** to pay the standard filing fee of $400.00 within fourteen (14) days of this order. Failure to do so will result in dismissal of this action.

**SO ORDERED**, this 28th day of August, 2019.

                                                       /s/Debra M. Brown
                                                       **UNITED STATES DISTRICT JUDGE**